UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LEE TURNER,<br><br>   Petitioner,<br><br> v.<br><br>RALPH DIAZ,<br><br>   Respondent. | 1:19-cv-01422 JDP (HC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

   Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

   The petitioner is currently in custody at the California Medical Facility of Solano County, which is part of the Sacramento Division of the Eastern District of California. Therefore, the petition should have been filed in the U.S. District Court in Sacramento.

   Pursuant to Local Rule 120(f), a civil action that has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, I will transfer this action to the Sacramento Division. Good cause appearing, IT IS HEREBY ORDERED that:

   1. This action is transferred to the Sacramento Division of the Eastern District of California; and

2. All future filings shall reference the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

3. This court has not ruled on petitioner's request to proceed in forma pauperis.

IT IS SO ORDERED.

Dated: __October 16, 2019__  _____
UNITED STATES MAGISTRATE JUDGE

No. 206