UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LEE TURNER,<br><br>Petitioner,<br><br>v.<br><br>RALPH DIAZ,<br><br>Respondent. | No. 2:19-cv-2080-EFB P<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding without counsel. He has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, but has not specified what relief he seeks through this action. ECF No. 1. Moreover, he has neither filed an in forma pauperis application nor paid the required filing fee for a habeas action ($5.00) or a civil action ($400.00). *See* 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit an in forma pauperis application or the appropriate filing fee.

Accordingly, petitioner has 30 days from the date of service of this order to submit either the filing fee or the application required by § 1915(a). The Clerk of the Court is directed to mail to petitioner a form application for leave to proceed in forma pauperis. Failure to comply with this order may result in the dismissal of this action.

So ordered.

Dated: October 17, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE